No. 14–0289/AR. United States v. Jordan M. Peters. CCA 20110057. On consideration of Appellee's petition for reconsideration of the Court's opinion, 74 M.J. 31 (C.A.A.F. 2015), it is ordered that said petition for reconsideration is hereby denied.

Wednesday, April 15, 2015

No. 15–0334/MC. U.S. v. Quantaus R. Riggins. CCA 201400046. Appellant's motion to extend time to file a brief granted to April 27, 2015.

No. 15–0437/AR. U.S. v. Tyrone D. Pulse. CCA 20121021. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 29, 2015.

No. 15–0487/MC. U.S. v. Ulysses Lopez. CCA 201400192. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 4, 2015.